UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY GRAVES,

                    Plaintiff,                          26-cv-3387 (JGK)

        - against -                                     Order

ABRAHAMSEN GINDIN, LLC, ET AL.,

                    Defendants.

John G. Koeltl, District Judge:

        The parties are directed to submit a Rule 26(f) report by **June 4, 2026.**

SO ORDERED.

Dated:      New York, New York
            May 21, 2026

                                                _____
                                                     John G. Koeltl
                                                United States District Judge